UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thomas McGowan                                          Docket No. 4:17-CR-52-1H

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas McGowan, who, upon an earlier plea of guilty to Conspiracy to Distribute More than 50 Grams of Cocaine Base "Crack" and More than 500 Grams of Cocaine, in violation of 21 U.S.C. § 846 and Distribution of Cocaine Base "Crack" within 1000 Feet of a School, in violation of 21 U.S.C. § 860(a), was sentenced by the Honorable Juan R. Sanchez, United States District Judge for the Eastern District of Pennsylvania, on November 9, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months.

Thomas McGowan was released from custody on January 2, 2015, at which time the term of supervised release commenced in the District of South Carolina.

Supervision transferred to the Eastern District of Pennsylvania on July 17, 2015.

Supervision transferred to the Eastern District of North Carolina on August 30, 2017.

Jurisdiction was transferred to the Eastern District of North Carolina on October 17, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In September 2018, McGowan evacuated to his mother's residence in South Carolina as a result of Hurricane Florence. Upon returning to North Carolina, McGowan discovered his home was unlivable and he returned to his mother's home in Greenville, South Carolina. His case was accepted for courtesy supervision by the District of South Carolina and he has remained in Greenville, South Carolina since that time. McGowan has suffered with depression for a lengthy period of time and he was prescribed medication by his family physician in North Carolina. Since his relocation, he has had difficulty obtaining medication and health insurance and is seeking assistance with treatment through a contract treatment provider. At this time, after speaking with the supervising U.S. Probation Officer and Mr. McGowan, it is respectfully requested that the conditions of supervised release be modified to include mental health treatment in an effort to assist him with this issue.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Thomas McGowan
Docket No. 4:17-CR-52-1H
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: October 31, 2018 |

## ORDER OF THE COURT

Considered and ordered this __6th__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
United States District Judge